

RECEIVED
JUL 16 2020
U.S. CLERK'S OFFICE
SPRINGFIELD, ILLINOIS

To. Myerscough

    Im written this letter to see if i can get appointed to another lawyer and not the one i already had im trying to get a lawyer to file a motion for or to get me home confinement for the remaining of my time i have left it seems like there is going to be a second wave of this Covid-19 and coming soon as u can see the states are showing record breaking number's in some states and some of them are shutting back down now here in illinois number's is steady going back up and soon we will have to or be forced to shut back down so im asking if i can get appointed to a diffrent lawyer to file a motion for home confinement for the few months i have left it don't seem like im going to make it to the BoP i been waitting since march 13th that's because of this covid-19 outbreak in the BoP that they can't control throw at the BoP system i don't want to be in a place or sent to a place where im not save. im not save here a staff could bring it in here at anytime this place is not untouchable i rather be at home to where i can social distend myself from people which i can't do here. ms myerscough im here or a dirty UA it's not like im here for another case or committed a bad bad crime i just want to be at home with my wife and family durning this pandemic just like you

Shawn Bland
Livingston County Jail
844 W. Lincoln Street
Pontiac, Ill 61764

Legal Mail

CHAMPAIGN IL 618
17 JUL 2020 PM 4

62701-162699

To Judge myerscough
United States District Courts
600 East monroe Street
Springfield, Ill 62703

Legal Mail